IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TODD JENKINS,

      Appellant,

v.

FV-I, INC., ALTAMEASE
BOLTON, RANDY BOLTON,
and CHRISTIANA TRUST,

      Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3784

_____/

Opinion filed June 22, 2016.

An appeal from the Circuit Court for Duval County.
Virginia Norton, Judge.

Andrew J. Bernhard of the Bernhard Law Firm, PLLC, Miami, for Appellant.

Thomas Wade Young and Joseph B. Towne of Lender Legal Services, LLC, Orlando, for Appellee Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust, Series 2013-7.

PER CURIAM.

      AFFIRMED.

WOLF, WETHERELL, and KELSEY, JJ., CONCUR.